[No. 3104-1.   Division One.   April 28, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEE VEALE, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 67511, Herbert M. Stephens, J., entered June 7, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Callow, JJ.